**No. 10-7710. Joshua Anthony Blount, Petitioner v. California.**

562 U.S. 1225, 131 S. Ct. 1479, 179 L. Ed. 2d 316, 2011 U.S. LEXIS 1489.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

**No. 10-7711. Michael L. Jackson, Petitioner v. Ron Herrington, et al.**

562 U.S. 1225, 131 S. Ct. 1479, 179 L. Ed. 2d 316, 2011 U.S. LEXIS 1312.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 393 Fed. Appx. 348.

**No. 10-7724. J'Veil Outing, Petitioner v. Connecticut.**

562 U.S. 1225, 131 S. Ct. 1479, 179 L. Ed. 2d 316, 2011 U.S. LEXIS 1450.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

Same case below, 298 Conn. 34, 3 A.3d 1.

**No. 10-7726. Davin L. Wallace, Petitioner v. Virginia.**

562 U.S. 1225, 131 S. Ct. 1479, 179 L. Ed. 2d 316, 2011 U.S. LEXIS 1487.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-7729. Nathan Verdugo, Petitioner v. California.**

562 U.S. 1225, 131 S. Ct. 1479, 179 L. Ed. 2d 316, 2011 U.S. LEXIS 1446.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 263, 113 Cal. Rptr. 3d 803, 236 P.3d 1035.

**No. 10-7730. Robert J. Trease, Petitioner v. Florida, et al.**

562 U.S. 1225, 131 S. Ct. 1479, 179 L. Ed. 2d 316, 2011 U.S. LEXIS 1372.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 41 So. 3d 119.

**No. 10-7737. Todd Lutze, Petitioner v. Greg McQuiggin, Warden.**

562 U.S. 1225, 131 S. Ct. 1480, 179 L. Ed. 2d 316, 2011 U.S. LEXIS 1386.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 392 Fed. Appx. 455.

**No. 10-7740. Kenneth Mitchell, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.**

562 U.S. 1226, 131 S. Ct. 1480, 179 L. Ed. 2d 316, 2011 U.S. LEXIS 1353.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.